UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 09-16576 |
| OSCIENT PHARMACEUTICALS ) | |
| CORPORATION, et al. ) | (Jointly Administered) |
| ) | |
| Debtors ) | |

ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION
OF MESIROW FINANCIAL CONSULTING, LLC AS FINANCIAL ADVISORS
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF OSCIENT PHARMACEUTICALS CORPORATION AS OF JULY 23, 2009

Upon the application (the "Application") of the Official Committee of Unsecured Creditors of Oscient Pharmaceuticals Corporation (the "Committee") appointed in the Chapter 11 cases of the above-captioned debtors and debtors-in-possession herein (the "Debtors"), for entry of an order, pursuant to sections 328, 1103(a) and 1103(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014.1 of the Local Bankruptcy Rules for the Eastern District of Massachusetts (the "Local Bankruptcy Rules"), authorizing the retention and employment of Mesirow Financial Consulting, LLC as financial advisors to the Committee as of July 23, 2009 and upon the Affidavit of Stephen B. Darr (the "Darr Affidavit"); and the Court being satisfied, based upon the representations made in the Application and the Darr Affidavit, that such financial advisors represent no interest adverse to the Debtors'

estates or their creditors with respect to the matters upon which they are to be engaged, that they are disinterested persons as that term is defined under section 101(14) of the Bankruptcy Code, and that their employment is necessary and in the best interests of the Debtors' estates and their creditors; and it appearing that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon, and good and sufficient cause appearing therefore, it is hereby

ORDERED that the Application is granted and approved in all respects; and it is further

ORDERED that, pursuant to sections 328, 1103(a) and 1103(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Bankruptcy Rule 2014.1, the Committee is hereby authorized to employ Mesirow Financial Consulting, LLC as its financial advisors, in accordance with the terms of the Engagement Letter, as modified herein, and the Application, as of July 23, 2009, to perform the services set forth in the Application; and it is further

ORDERED that Mesirow Financial Consulting, LLC shall be compensated in accordance with the procedures set forth in sections 328, 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

Dated: 8/19/09

_____
UNITED STATES BANKRUPTCY JUDGE