# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Oscient Pharmaceuticals Corporation and Guardian II Acquisition        **Case Number:** 09-16576        **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**

#171 Motion of Debtor for Approval of Sale of ANTARA and related assets

**OUTCOME:**

_____ Granted _____ Denied _____ Approved _____ Sustained
_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled
_____ OSC enforced/released
_____ Continued to:_____ For:_____
_____ Formal order/stipulation to be submitted by:_____ Date due:_____
_____ Findings and conclusions dictated at close of hearing incorporated by reference
_____ Taken under advisement: Brief(s) due_____ From_____
                              Response(s) due_____ From_____
_____ Fees allowed in the amount of: $_____ Expenses of: $_____
_____ No appearance/response by:_____
✓ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

HEARING HELD 09/21/09

PROPOSED ORDER TO BE SUBMITTED BY DEBTOR.


IT IS SO NOTED:                                      IT IS SO ORDERED:

                                                     /s/ Henry J. Boroff
_____                               _____ Dated: 09/22/2009
Courtroom Deputy                                     Henry J. Boroff, U.S. Bankruptcy Judge