UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:** Oscient Pharmaceuticals Corporation and Guardian II Acquisition        **Case Number:** 09-16576        **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**

#358 Motion of Detbor to Strike and Reply to Second Supplemental Objection of Ethypharm, S.A. to the sale of Antara and related assets

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
__✓__DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


HEARING HELD 09/21/09

MOOT.


IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Henry J. Boroff
_____               _____ Dated: 09/22/2009
Courtroom Deputy                             Henry J. Boroff, U.S. Bankruptcy Judge