**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :

**In re**                                  :         **Chapter 11**

**OSCIENT PHARMACEUTICALS**    :         **Case No. 09-16576 (HJB)**
**CORPORATION,** *et al.*,           :
                                        :         **(Jointly Administered)**
            **Debtors.**           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF ANTARA AUCTION RESULTS

On September 21, 2009, an auction (the "Auction") was held at a hearing before the United States Bankruptcy Court for the District of Massachusetts pursuant to the Order Approving Bidding Procedures And Break-Up Fee In Connection With Proposed Sale of ANTARA And Related Assets [Dkt. No. 195] (the "Bid Procedures Order") for certain Purchased Assets.[1] At the Auction, the Debtors submitted the ANTARA Supplemental Bidding Procedures attached as Exhibit A, and the Auction was conducted in accordance with these procedures. The bids received at the Auction are attached as Exhibit B.

---

[1] Capitalized terms used but not defined herein shall have the meanings given in the Bid Procedures Order.

12190041_1.DOC

Dated: Boston, Massachusetts
     September 22, 2009

Respectfully submitted,

OSCIENT PHARMACEUTICALS CORP. and
GUARDIAN II ACQUISITION CORP.

By their counsel,

 /s/ *James M. Wilton*
James M. Wilton (BBO No. 557336)
James A. Wright III (BBO No. 671822)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02111
Tel:  (617) 951-7000
Fax: (617) 951-7050
E-mail:james.wilton@ropesgray.com
      james.wright@ropesgray.com

12190041_1.DOC