# Exhibit B

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
**In re**                                           :     Chapter 11
                                                    :
**OSCIENT PHARMACEUTICALS**                         :     **Case No. 09-16576 (HJB)**
**CORPORATION,** *et al.,*                          :
                                                    :     **(Jointly Administered)**
                         **Debtors.**               :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>**SEALED BID**</u>

*Lupin Limited* hereby submits a bid in accordance with the

Supplemental Bidding Procedures as follows:

$ 38•61 MM

*Thirty Eight Million Six Hundred Ten Thousand Dollars*

Royalty  0  %

By: _____

Name:  VINITA GUPTA

Title:  AUTHORIZED PERSON

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      :
**In re**                                             :       Chapter 11
                                                      :
**OSCIENT PHARMACEUTICALS**                           :       Case No. 09-16576 (HJB)
**CORPORATION,** *et al.,*                            :
                                                      :       (Jointly Administered)
              **Debtors.**                            :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>**SEALED BID**</u>

_____AKrimax_____ hereby submits a bid in accordance with the

Supplemental Bidding Procedures as follows:

$ _____30m Cash_____

Royalty _10.2_ %

\+ $300K breakup fee          By: _Alan L. Rubino_

Total: 35,400,000            Name: _ALAN L. RUBINO_

                             Title: _CEO + PRESIDENT_