# EXHIBIT A

**Proposed Order**

Case 09-16576    Doc 384-1    Filed 09/25/09    Entered 09/25/09 15:12:02    Desc
Proposed Order    Page 1 of 3

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
**In re** : **Chapter 11**
: 
**OSCIENT PHARMACEUTICALS** : **Case No. 09-16576 (HJB)**
**CORPORATION,** *et al.*, [1] :
: **(Jointly Administered)**
**Debtors.** :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER SUBSTITUTING A CORRECTED SCHEDULE A TO THE
ORDER (I) APPROVING AND AUTHORIZING SALE OF ANTARA AND
RELATED ASSETS FREE AND CLEAR OF ANY AND ALL LIENS, CLAIMS,
ENCUMBRANCES, AND OTHER INTERESTS; (II) APPROVING THE
ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY
CONTRACTS; AND (III) GRANTING RELATED RELIEF [DOCKET NO. 380]**

Upon the motion (the "Motion")[2] of Guardian II Acquisition Corporation ("Guardian") and Oscient Pharmaceuticals Corporation (collectively, the "Debtors") to substitute a corrected Schedule A to the Order (I) Approving and Authorizing Sale of Antara and Related Assets Free and Clear of Any and All Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief [Docket No. 380] (the "Sale Order"), entered by the Court on September 22, 2009; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the

---

[1] The Debtors in these cases are Oscient Pharmaceuticals Corporation (Case No. 09-16576) and Guardian II Acquisition Corporation (Case No. 09-16579).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that, except as otherwise ordered herein, no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Sale Order is hereby corrected by removing the Removed Contracts from Schedule A attached to the Sale Order. The Schedule A attached hereto is hereby substituted for the original Schedule A attached to the Sale Order.

3. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in the Order.

4. Notwithstanding the relief granted in the Order and any actions taken pursuant to such relief, nothing in the Order shall create, nor is intended to create, any rights in favor of, or enhance the status of, any claim held by any person or entity.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of the Order.

Dated: _____, Massachusetts
        _____, 2009

                                              _____
                                              HONORABLE HENRY J. BOROFF
                                              UNITED STATES BANKRUPTCY JUDGE