# SCHEDULE A

## Closing Date Contracts

| Counterparty | Title | Date | Notice Address | Type | Prepetition Cure Amount |
|---|---|---|---|---|---|
| AAI Pharma, Inc. | Master Services Agreement | 10/11/06 | 2320 Scientific Park Drive, Wilmington, NC 28405 | Contract | $20,000 |