UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:
IN RE:                                           :    Chapter 11
                                                 :
OSCIENT PHARMACEUTICALS                          :
CORPORATION, *et al.*,                           :    Case No: 09-16576
                                                 :    (Jointly Administered)
Debtors.                                         :
                                                 :
------------------------------------------------------------x

## STIPULATION AND ORDER

The undersigned parties, by and through their counsel, hereby stipulate and agree to, and the Court hereby orders and enters, the following, in the contested matter to determine the Cure Costs due Ethypharm, S.A. ("Ethypharm") on the assumption and assignment of the Amended and Restated Development, License and Supply Agreement, dated July 31, 2006, by and between Ethypharm and Reliant Pharmaceuticals, Inc. ("Reliant") (the "Ethypharm Contract").

1. On July 13, 2009, Oscient Pharmaceuticals Corporation ("Oscient") and Guardian II Acquisition Corporation ("Guardian," collectively with Oscient, "Debtors") commenced these cases by filing voluntary Chapter 11 petitions.

2. On Friday, August 7, 2009, Debtors filed a motion (the "Sale Motion") to, among other things, authorize the sale of the pharmaceutical product Antara and related assets, and the assumption and assignment of the Ethypharm Contract.

3. Pursuant to the Ethypharm Contract, Ethypharm granted Debtors, as assignee of Reliant, among other things, a license to develop, purchase and market Antara, and other assets related to Antara.

4. On August 13, 2009, the Court entered Bidding Procedures that required all

objections to the Sale Motion, including the disputes with respect to the Debtors' asserted amount due with respect to Cure Costs, to be filed by September 14, 2009. On August 17, 2009, Debtors served Ethypharm with a notice that estimated Debtors' Cure Costs at $552,050.93 for unpaid royalties through the Petition Date, and at $830,615.21 for amounts due for goods sold and delivered.

5. Ethypharm timely objected to the Sale Motion with respect to the amount asserted by the Debtors to be due to cure defaults and compensate Ethypharm for the pecuniary loss suffered as a result of such defaults under the Ethypharm Contract ("Cure Costs"). Ethypharm supplemented its objections with respect to the alleged amount of Cure Costs in paragraphs 12 through 21 in its Supplemental Objection to Debtors' Sale Motion, filed September 14, 2009.

6. On September 22, 2009, the Court entered an order (the "Sale Order") approving and authorizing the sale of Antara free and clear of any and all liens, claims, encumbrances, and other interests to Lupin Limited, or its designees, ("Lupin"), approving the assumption of the Ethypharm Contract and its assignment to Lupin.

7. The closing of the Antara sale, including the assignment of the Ethypharm Contract to Lupin, took place as of September 25, 2009 ("Closing Date"). Lupin Limited designated its subsidiary Lupin Atlantis Holdings, SA, to be the acquirer of the Ethypharm Contract.

8. The Sale Order provides that Debtors would reserve $2,900,000 from the proceeds of the sale of the Purchased Assets at closing, pending resolution or determination by the Court of the Cure Costs, ("Reserved Cure Amount") and the Asset Purchase Agreement between Lupin and Debtors provides that Lupin shall be responsible for payment of all Cure

Costs due Ethypharm in excess of the $2,900,000 reserved by Debtors.

9. Debtors agree to pay, and Ethypharm agrees to accept, $2,500,000 (the "Settlement Amount") as complete satisfaction and cure of any and all defaults under the Ethypharm Contract. Debtors and Ethypharm agree that upon receipt of the Settlement Amount Debtors will have satisfied all obligations pursuant to all Cure Costs, with the sole exception of payments owed under Paragraph 10. Debtors will not owe Ethypharm any further Cure Costs and any objection by Ethypharm relating to Cure Costs will be considered withdrawn and moot. Upon payment by Debtors of the Settlement Amount, Debtors will no longer be required to maintain a Reserved Cure Amount. Payment of the Settlement Amount shall be made by the Debtors within three (3) business days after the Court has "so ordered" this Stipulation, by wire transfer to an account designated in writing by Ethypharm. If the Court has not "so ordered" this Stipulation by November 5, 2009, either the Debtors or Ethypharm may terminate this Stipulation and the parties shall be returned to their rights and status as of the day immediately prior to the date of this Stipulation. Nothing in this Stipulation constitutes a release of claims against, a waiver of any rights of any party against, or creates or gives rise to any benefits in favor of, any person not a signatory to this Stipulation.

10. Promptly following receipt of invoices, Debtors agree to pay their share (50%) of the legal fees and costs of Covington & Burling, to the extent not previously paid by the Debtors, not to exceed $100,000, incurred through the Closing Date with respect to (1) the litigation to stop Third Party Infringement captioned *Oscient Pharmaceuticals Corp., et al. v. Lupin Ltd. et. al.*, Civ. A. No. 09-CV-0083 (RDB), pending in the United States District Court for the District of Maryland, and (2) the legal fees related to the review of Paragraph 4 notice of Paddock

Laboratories, Inc., prior to the filing of the litigation captioned *Paddock Laboratories, Inc. v. Ethypharm, S.A.*, Civ. A. No. 09-03779 (GEB)(LHG), pending in the United States District Court for the District of New Jersey.

So ORDERED this 16th day of October 2009.

_____
United States Bankruptcy Judge
Henry J. Boroff

Dated: October 27, 2009

| | |
|---|---|
| ETHYPHARM, S.A.<br><br>By its counsel,<br><br>_____<br>Paul R. DeFilippo<br>Piret Loone<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel: (212) 382-3300<br>Fax: (212) 382-0050<br><br>E-mail: pdefilippo@wmd-law.com<br>       ploone@wmd-law.com | OSCIENT PHARMACEUTICALS CORP. and<br>GUARDIAN II ACQUISITION CORP.<br><br>By their counsel, /s/ James M. Wilton<br><br>_____<br>James M. Wilton (BBO No. 557336)<br>William S. Eggeling (BBO No. 151860)<br>Ropes & Gray LLP<br>One International Place<br>Boston, Massachusetts 02111<br>Tel: (617) 951-7000<br>Fax: (617) 951-7050<br><br>E-mail: james.wilton@ropesgray.com<br>        william.eggeling@ropesgray.com<br><br>LUPIN LIMITED<br><br>By its counsel,<br><br>_____<br>C. Kevin Kobbe<br>DLA Piper LLP (US)<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, MD 21209-3600<br>Tel: (410) 580-4189<br>Fax: (410) 580-3189<br><br>E-mail: kevin.kobbe@dlapiper.com |

Dated: October __, 2009

ETHYPHARM, S.A.

By its counsel,

*/s/ [signature]*

Paul R. DeFilippo
Piret Loone
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
Tel: (212) 382-3300
Fax: (212) 382-0050

E-mail: pdefilippo@wmd-law.com
ploone@wmd-law.com

OSCIENT PHARMACEUTICALS CORP. and
GUARDIAN II ACQUISITION CORP.

By their counsel,

_____
James M. Wilton (BBO No. 557336)
William S. Eggeling (BBO No. 151860)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02111
Tel: (617) 951-7000
Fax: (617) 951-7050

E-mail: james.wilton@ropesgray.com
william.eggeling@ropesgray.com

LUPIN LIMITED

By its counsel,

_____
C. Kevin Kobbe
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Tel: (410) 580-4189
Fax: (410) 580-3189

E-mail: kevin.kobbe@dlapiper.com

5

Dated: October __, 2009

| | |
|---|---|
| ETHYPHARM, S.A. | OSCIENT PHARMACEUTICALS CORP. and GUARDIAN II ACQUISITION CORP. |
| By its counsel, | By their counsel, |
| _____ | _____ |
| Paul R. DeFilippo | James M. Wilton (BBO No. 557336) |
| Piret Loone | William S. Eggeling (BBO No. 151860) |
| Wollmuth Maher & Deutsch LLP | Ropes & Gray LLP |
| 500 Fifth Avenue | One International Place |
| New York, NY 10110 | Boston, Massachusetts 02111 |
| Tel: (212) 382-3300 | Tel: (617) 951-7000 |
| Fax: (212) 382-0050 | Fax: (617) 951-7050 |
| E-mail: pdefilippo@wmd-law.com | E-mail: james.wilton@ropesgray.com |
| ploone@wmd-law.com | william.eggeling@ropesgray.com |

LUPIN LIMITED

By its counsel,

_____  10/26/2009
C. Kevin Kobbe
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Tel: (410) 580-4189
Fax: (410) 580-3189

E-mail: kevin.kobbe@dlapiper.com

5